UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER, INC.; PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; and MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC,<br><br>  Plaintiffs,<br><br> v.<br><br>SIEW YEE CHEW; LYNETTE K. CHEW; KOK KIT LAU; AKITRADE GLOBAL SDN BHD; SHEIN WEI CHOO; YUMI WEE KENG YEE; LEW MOY; LIM SEI HAW; LIAO WEI HAO; JIAO LENG; ZHENG XIAOHONG; LIN ZHEN WEI; LUO ZHIHONG; JEREMY GOULD; VERONICA LEMMONS; BINIAM F. TESFAZGHI; and YAROSLAV STOLYARCHUK,<br><br>  Defendants. | Case No. 17-cv-6225-JGK-GWG |

**NOTICE OF PLAINTIFFS' MOTION FOR ALTERNATE SERVICE ON
DEFENDANTS SIEW YEE CHEW, LYNETTE K. CHEW, KOK KIT LAU,
AKITRADE GLOBAL SDN. BHD., SHEIN WEI CHOO, YUMI WEE KENG YEE,
LEW MOY, LIM SEI HAW, LIAO WEI HAO, JIAO LENG, ZHENG XIAOHONG,
<u>LIN ZHEN WEI, AND LUO ZHIHONG</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration in Support, and the entire record herein, Plaintiffs McGraw-Hill Global Education Holdings, LLC, Pearson Education, Inc., Cengage Learning, Inc., and Elsevier, Inc., hereby move the Court for an order authorizing Plaintiffs to serve process on Defendants Siew Yee Chew, Lynette K. Chew, Kok Kit Lau, Akitrade Global Sdn. Bhd., Shein Wei Choo, Yumi Wee Keng Yee, Lew Moy, Lim Sei Haw, Liao Wei Hao, Jiao Leng, Zheng Xiaohong, Lin Zhen Wei, and Luo Zhihong via email pursuant to Federal Rule of Civil Procedure 4(f)(3).

A Proposed Order is attached as Exhibit A.

Dated:  February 2, 2018                                  Respectfully submitted,
        Washington, D.C.
                                                          */s/ Kerry M. Mustico*
                                                          Matthew J. Oppenheim
                                                          Kerry M. Mustico
                                                          OPPENHEIM + ZEBRAK, LLP
                                                          5225 Wisconsin Avenue NW, Suite 503
                                                          Washington, DC 20015
                                                          Tel:  (202) 480-2999
                                                          matt@oandzlaw.com
                                                          kerry@oandzlaw.com

                                                          *Attorneys for Plaintiffs*