UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER, INC.; PEARSON EDUCATION, INC.; CENGAGE LEARNING, INC.; and MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>SIEW YEE CHEW; LYNETTE K. CHEW; KOK KIT LAU; AKITRADE GLOBAL SDN BHD; SHEIN WEI CHOO; YUMI WEE KENG YEE; LEW MOY; LIM SEI HAW; LIAO WEI HAO; JIAO LENG; ZHENG XIAOHONG; LIN ZHEN WEI; LUO ZHIHONG; JEREMY GOULD; VERONICA LEMMONS; BINIAM F. TESFAZGHI; and YAROSLAV STOLYARCHUK,<br><br>    Defendants. | Case No. 17-cv-6225-JGK-GWG |

## [PROPOSED] ORDER

Upon Plaintiffs' motion for an order authorizing alternate service, and the Memorandum of Law, supporting Declaration, and the entire record herein,

IT IS HEREBY ORDERED that, sufficient cause having been shown, Plaintiffs' motion for an order authorizing alternate service is GRANTED, and service of process shall be made on Defendants Siew Yee Chew, Lynette K. Chew, Kok Kit Lau, Akitrade Global Sdn. Bhd., Shein Wei Choo, Yumi Wee Keng Yee, Lew Moy, Lim Sei Haw, Liao Wei Hao, Jiao Leng, Zheng Xiaohong, Lin Zhen Wei, and Luo Zhihong pursuant to Federal Rule of Civil Procedure 4(f)(3) by delivering electronic copies of the Summonses and Second Amended Complaint to the following email addresses: liaoweihao1019@outlook.com, d18439392@126.com, zhengxiaohong119900@outlook.com, x7846559yanp@163.com, dipo6551911@outlook.com,

dipo6551911@sohu.com, wvr666@gmail.com, yumiwee@gmail.com,

maystevenchoo@yahoo.com, toptextmy@gmail.com, bookwholesales@gmail.com,

booktrading2222@gmail.com, bookwholesales@gmail.com, textbookinternational@gmail.com,

haw2403@gmail.com, valuebuy2009@gmail.com, ubooks2008@gmail.com,

unibooks2008@gmail.com, mmstarbook@gmail.com, popstarmm@gmail.com, and

popstaredu@gmail.com.

SO ORDERED this _____ day of _____, 2018.

                                      HON. GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge