```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1·23·19
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELSEVIER, INC. ET AL.,

           Plaintiffs,

-against-

SIEW YEE CHEW ET AL.,

           Defendants.

17-cv-6225 (JGK)

**ORDER**

**JOHN G. KOELTL, United States District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein issued on January 2, 2019, following an inquest on damages after the default of the defendants. No objections to the Report and Recommendation have been filed and the time for filing any objections has passed. In any event, the Court finds that the Report and Recommendation are well founded.

Therefore, the Court directs the Clerk to enter judgment in favor of the plaintiffs and against the defendants in the following amounts:

    Brian F. Tesfazghi: $75,000
    Jeremy Gould: $75,000
    Liao Wei Hao and Jiao Leng: $1,150,000
    Siew Yee Chew, Lynette K. Chew, Kok Kit Lau, and Akitrade: $700,000
    Lim Sei Haw: $250,000
    Lew Moy: $700,000
    Luo Zhihong: $450,000
    Zheng Xiaohong and Lin Zhen Wei: $750,000

    Veronica Lemmons: $1,250,000

    Shein Wei Choo and Yumi Wee Keng Yee: $800,000

The sum of all damages is $6,200,000. The Clerk is also directed to enter the preliminary injunction in Docket Number 21 as a permanent injunction. Finally, the Clerk is directed to close all pending motions and to close this case.

**SO ORDERED.**

**Dated: January 22, 2019**
    **New York, New York**

                                          JOHN G. KOELTL
                                  **United States District Judge**